# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 17 B 36409 |
| MARY ANN MOLTZ | ) Chapter 13 |
| | ) Confirmation Hearing: February 21, 2018 |
| Debtor(s) | ) Judge Deborah L. Thorne |

## NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION

To:    Ariel Weissberg, Esq., Weissberg & Associates, Ltd, 401 S. LaSalle Street, Suite 403, Chicago, IL 60605 - by electronic notice through ECF
Mary Ann Moltz, 112 Harvard Court, Glenview, IL 60026
Marilyn O. Marshall, Chapter 13 Trustee, 224 South Michigan Avenue, Suite 800, Chicago, IL 60604 - by electronic notice through ECF

**PLEASE TAKE NOTICE** that on February 12, 2018, Princeton Village Condominium Association, by and through its attorneys, Kovitz Shifrin Nesbit filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois a withdrawal of its Objection to Confirmation electronically filed on February 2, 2018, the Debtor(s) having filed an Amended Chapter 13 plan curing creditor's objection.

PRINCETON VILLAGE CONDOMINIUM
ASSOCIATION

/s/ Ronald J. Kapustka
By:  Ronald J. Kapustka

### Certificate of Service

The undersigned certifies that he caused a copy of the foregoing Notice of Withdrawal of Objection to Confirmation to be served upon the above named parties by depositing the same in the U.S. Mail, postage pre-paid, on February 12, 2018.

/s/ Ronald J. Kapustka

Ronald J. Kapustka
Kovitz Shifrin Nesbit
175 North Archer Ave., Mundelein, IL 60060
Tel. (847) 537-0500 / Fax (847) 537-0550
rkapustka@ksnlaw.com; ndaily@ksnlaw.com
ARDC No. 6203095
KSN FILE (CPR04-61018)

NOTE:   Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.
iManage\CPR04\61018\3477344.v1-2/12/18