UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 17-36409 |
|---|---|---|
| MARY ANN MOLTZ | ) | Chapter: 13 |
|  | ) | Honorable Deborah L. Thorne |
| Debtor(s) | ) |  |

## ORDER ALLOWING COSTS OF COLLECTIONS

THIS CAUSE COMING TO BE HEARD on the motion of Princeton Village Condominium Association, a creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

WHEREFORE, IT IS HEREBY ORDERED that Princeton Village Condominium Association Motion to Allow Costs of Collection is granted and $1,408.00 is hereby allowed and approved as reasonable costs of collection;

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall add $1,408.00 to Princeton Village Condominium Association arrearage claim to be cured in the Debtor(s) plan under paragraph 3.1. No proof of claim amendment is required as Trustee will pay the amount here indicated not withstanding contrary amounts in the proof of claim or in the plan.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  May 09, 2018

**Prepared by:**

Ronald J. Kapustka
Kovitz Shifrin Nesbit
175 North Archer Ave., Mundelein, IL 60060
Tel. (847) 537-0500 / Fax (847) 537-0550
rkapustka@ksnlaw.com; ndaily@ksnlaw.com
ARDC No. 6203095
KSN FILE (CPR04-61018)